**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Martiniano Reza Guzman

         Plaintiff,

v.                  Case No.: 1:15−cv−03884
                 Honorable Manish S. Shah

General Organics, Inc., et al.

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 25, 2015:

  MINUTE entry before the Honorable Manish S. Shah: This case is dismissed without prejudice and with leave to reinstate by 10/12/15. If no motion for leave to reinstate is filed by 10/12/15, then the dismissal will automatically convert to one with prejudice. Civil case terminated. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.